UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRIENNE CATES,

    Plaintiff,

v.

    Case No. 3:23-cv-775-TJC-PDB

WOUNDED WARRIOR PROJECT,
INC., a Foreign Not For Profit
Corporation,

    Defendant.
_____

**ORDER**

Upon review of the Joint Stipulation For Dismissal With Prejudice (Doc. 17), filed on October 5, 2023, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of October, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record